774

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD HORNE, Defendant-Appellant.

(No. 58596; 

First District (3rd Division)—May 16, 1974.

Opinion by Mr. JUSTICE McGLOON.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES WOODS, Defendant-Appellant.

(No. 58788; 

First District (3rd Division)—May 16, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.